Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendants
YRC INC. AND YRC LOGISTICS SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ROAD TOWING, INC., <br><br> Plaintiff, <br><br> v. <br><br> YRC INC., YRC LOGISTICS SERVICES, INC, and DOES 1 to 10, <br><br> Defendants. | Case No.  10 CV 1038 DMS RBB <br><br> ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC. |

Defendants YRC Inc. and YRC Logistics Services, Inc. (collectively "YRC") answer the first amended complaint of plaintiff United Road Towing, Inc. ("plaintiff") on file herein as follows:

<u>FIRST DEFENSE</u>

1. YRC admits the allegations of paragraph 1 of said complaint.

2. YRC admits the allegations of paragraph 2 of said complaint.

///

1
_____
ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC.

3.  In answer to the allegations of paragraph 3 of said complaint, YRC admits and alleges that, at the time of delivery of the subject copy machine by YRC on July 13, 2009, no notation of damage was made by the consignee on the applicable delivery receipt and no damage was reported to YRC for 18 days thereafter.  Except as herein specifically admitted and alleged, YRC denies each and every allegation contained in said paragraph.

4.  YRC denies each and every allegation contained in paragraph 4 of said complaint.

5.  YRC denies each and every allegation contained in paragraph 5 of said complaint.

6.  YRC denies each and every allegation contained in paragraph 6 of said complaint, and further specifically denies that plaintiff has been damaged in any sum whatsoever or at all by YRC.

## SECOND DEFENSE

7.  The transportation of the property which is the subject of this action was subject to the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the applicable tariffs and classifications concerning said transportation.

8.  Section 5(a) of said contract terms and conditions provides in pertinent part as follows:

> "In all cases not prohibited by law, where a lower value than the actual value of the said property has been stated in writing by the shipper or has been agreed upon in writing as the released value of the property as determined by the classification or tariffs upon which the rate is based, such

   lower value plus freight charges if paid shall be the maximum recoverable amount for loss or damage, whether or not such loss or damage occurs from negligence."

 9. Without admitting that plaintiff has been damaged in any sum whatsoever, or at all, YRC alleges that the released value of said property was agreed upon to be $1.00 per pound and, therefore, by virtue of the provisions of said Section 5(a), in no event can the amount of any liability of YRC exceed said released value.

THIRD DEFENSE

 10. The transportation of the property which is the subject of this action was governed by all classes and rules contained in the applicable tariffs and classifications maintained by YRC.

 11. YRC hereby asserts any and all defenses available to it as set forth in said classes and rules and in addition to those specifically alleged above.

FOURTH DEFENSE

 12. By the exercise of reasonable effort, plaintiff could have mitigated the amount of damages allegedly suffered, but plaintiff failed and refused to exercise such reasonable efforts to mitigate said damages.

 13. By virtue of the foregoing, in no event is YRC liable to plaintiff with respect to said damages or in any sum whatsoever or at all.

FIFTH DEFENSE

 14. Without admitting that plaintiff has been damaged in any sum whatsoever or at all, YRC is informed and believes and based upon such information and belief alleges that if plaintiff had suffered any damages as

ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC.

alleged in its complaint, such damages were proximately caused in whole or in part by plaintiff's own negligent or intentional acts or omissions; and any damages otherwise recoverable by plaintiff should be reduced in the proportion to which the same results from its own said conduct.

<u>SIXTH DEFENSE</u>

15. The acts and/or omissions of YRC, if any, as alleged by plaintiff in said complaint as causing the damage to the subject property were solely and wholly those of others and not of YRC.

<u>SEVENTH DEFENSE</u>

16. Said complaint fails to state a cause of action against YRC upon which relief can be granted.

WHEREFORE, defendants YRC Inc. and YRC Logistics Services, Inc. pray for judgment as follows:

1. That plaintiff take nothing by its complaint;
2. That said complaint be dismissed with prejudice;
3. For YRC's costs of suit incurred herein; and
4. For such other and further relief as this Court may deem just and proper.

Dated: June 8, 2010                    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP


                                       By:    /s/ Kathleen C. Jeffries
                                              Kathleen C. Jeffries
                                              Attorneys for Defendants
                                              YRC INC. and YRC LOGISTICS SERVICES, INC.

ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Kathleen C. Jeffries**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, June 8, 2010, I served the foregoing document described as **ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC.** on interested parties in this action **VIA ELECTRONIC FILING TO**:

**David R. Sidran – dsidran@toschisidran.com**

Executed on June 8, 2010, at Pasadena, California.

/S/ Kathleen C. Jeffries
Kathleen C. Jeffries

ANSWER OF DEFENDANTS YRC INC. AND YRC LOGISTICS SERVICES, INC. TO FIRST AMENDED COMPLAINT OF PLAINTIFF UNITED ROAD TOWING, INC.